IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 15-cr-00205-PAB-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      DANIEL FRANCIS,

        Defendant.
_____

**PRELIMINARY ORDER OF FORFEITURE**
_____

      This matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture [Docket No. 107] pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure. The Court having read said Motion and being fully advised in the premises finds:

      1. On May 6, 2015, the grand jury returned an Indictment charging defendant Daniel Francis in Counts One, Two, Four, and Six with 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm, 18 U.S.C. § 371, Conspiracy to Commit Theft of Government Property, 18 U.S.C. § 641, Theft of Government Property and Receipt of Government Property, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c). Docket No. 20.

      2. On November 5, 2015, the United States and defendant Daniel Francis entered into a Plea Agreement, Docket No. 104, which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.

3. Based on the facts set forth in the Plea Agreement there is ample basis for an order of forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).  In the Plea Agreement, the defendant agrees to the forfeiture of the below listed firearms and ammunition as identified in the Indictment.

4. Prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n), as incorporated by 21 U.S.C. § 2461(c).

Therefore, it is

**ORDERED** that defendant's interest in the following:

   a. Smith and Wesson .38 handgun, serial number 67850;

   b. Winchester, model 70, 7mm rifle serial number G22244957;

   c. Harrington and Richardson Rifle;

   d. Savage Arms 24C;

   e. Savage Arms Marc II;

   f. Stevens Model 9478;

   g. Springfield Armory rifle serial number 1568249;

   h. Mossberg Shotgun serial number TR 12 051011;

   i. Marlin Fire-Arms rifle serial number 330878;

   j. Heckler & Koch Inc. serial number 809507;

   k. Beretta pistol, serial number BEO9963V;

   l. TJ Double Action revolver model 1900;

   m. Colt .45 revolver;

   n. .22 caliber long rifle serial number 717;

      o. AMR C12 handgun serial number 25278;

      p. 800 rounds of 5.56MM Ball M855 M27 linked ammunition lot number LC-12A393-097;

      q. 200 rounds of 7.62MM Ball M80 linked ammunition lot number LC-12K297-559;

      r. Winchester .45 ammunition; and

      s. Remington .45 ammunition;

is forfeited to the United States in accordance 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).  It is further

**ORDERED** that, pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.  It is further

**ORDERED** that the United States is directed to seize the property, which shall be tendered at sentencing, subject to forfeiture, and further to make its return as provided by law.  It is further

**ORDERED** that the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n), via a government website, for at least thirty consecutive days.  It is further

**ORDERED** that, upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed.  It is further

**ORDERED** that the Court shall retain jurisdiction to enforce this Order and

adjudicate the interests of all third parties in ancillary proceedings.  Fed. R. Crim. P. 32.2(c)(1). It is further

**ORDERED** that  this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.


DATED December 14, 2015.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge