IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 15-cr-00205-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DANIEL FRANCIS,

    Defendant.

---

### ORDER

---

This matter is before the Court on the United States' Motion to Dismiss Counts [Docket No. 145]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Motion to Dismiss Counts [Docket No. 145] is granted. Counts 2, 4, and 6 of the Indictment are dismissed as to defendant Daniel Francis only.

DATED March 18, 2016.

                        BY THE COURT:

                        PHILIP A. BRIMMER
                        United States District Judge