IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 15-cr-00205-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DANIEL FRANCIS,

    Defendant.

_____

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**
_____

    It is ORDERED that defendant Daniel Francis, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the Warden, FCI Florence, 5880 Highway 67 South, Florence, Colorado 81226, on April 19, 2016, by 12:00 noon, and will travel at his own expense.

    DATED April 4, 2016.

                                             BY THE COURT:

                                             s/Philip A. Brimmer
                                             PHILIP A. BRIMMER
                                             United States District Judge